## Florex Gardens, Appellant, *v.* Public Service Commission.

Argued October 15, 1923. Appeal, No. 96, Oct. T., 1923, by complainant, from order and report of the Public Service Commission of the Commonwealth of Pennsylvania, in re Application of Philadelphia Suburban Gas and Electric Company for the approval of the exercise of the right of eminent domain, etc., Application No. 7294, 1922. Before ORLADY, P. J., PORTER, HENDERSON, TREXLER, KELLER, LINN and GAWTHROP, JJ. Affirmed.

OPINION BY KELLER, J., November 19, 1923:

This appeal raises the same questions as were decided in the case of Kulp v. Public Service Commission, 82 Pa. Superior Ct. 83, and requires the same disposition.

The order of the commission is affirmed and the appeal is dismissed at the costs of the appellant.